# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3051
_____

BRANDII KITCHEN,

　　Appellant,

　　v.

JONATHAN KITCHEN,

　　Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Mark E. Feagle, Judge.

July 31, 2024


PER CURIAM.

　　AFFIRMED.

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Brandii Kitchen, pro se, Appellant.

Jonathan Kitchen, pro se, Appellee.